IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

*RECEIVED 2005 OCT 26*

Adam Bethune 183099 )
_____ )
Full name and prison number )
of plaintiff(s) )
 )
v. )
 )                    CIVIL ACTION NO. 2:05CV1028-T
 )                    (To be supplied by Clerk of
Sgt. Timothy Logan )                    U.S. District Court)
Sgt. Brenda King )
Officer John Gordon )
They are being sued in their )
individual Capacities. )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ( )   NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket number __N/A__

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __Draper Correctional Facility, Shift office.__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sgt Timothy Logan | |
| 2. | Sgt Brenda King | |
| 3. | Officer John Gordon | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __September 21, 2005, approximately 6:40 AM.__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive Force against a Convicted Inmate To Cause harm.

SUPPORTING FACTS: Sgt Logan, entered and escorted plaintiff to the shift office, stating that he was going to beat his ass after getting in the shift office. Sgt Logan grabbed plaintiff by the throat, slammed plaintiff into the filing Cabinet and choked plaintiff until the point of almost passing out. Sgt Logan and Sgt King constantly threatening plaintiff that they would teach plaintiff a lesson and beat his ass until he caught on to how things where run at Draper prison.

GROUND TWO: N/A

SUPPORTING FACTS: N/A

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Wherefore, the plaintiff requests that this Honorable Court grant to him the following relief, the this case be sent to the D.A. of Elmore County and the plaintiff be talking to the Elmore County D.A. office to file Chargie on the Defendants)

_Adam Bethune 183099_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  October 25-05 .
(Date)

_Adam Bethune 183099_
Signature of plaintiff(s)

4

Attachment sheet #1

Continuation of Ground one - supporting fact(s), on page 3 of 1983 form
an official violates the Constitution when he or she uses force without any legitimate penological purpose.

one supporting fact(s)
Sgt Logan was maliciously and sadistically to cause harm. A Violation of the Constitution of the Eighth Amendment
SEE. Foulk V. Charrier. 262 F.3d 687, 701-02 8th Cir 2001.
Green V. Branson, 108, F.3d 1296, 1301 10th Cir 1997
Hudson V. McMillian 503, U.S. 1, 6-7. 1992
Whitley V. Albers 477, U.S. 312, 320-21. 1986.
Parker V. Delo. 135 F3d 1232, 1234 8th Cir 1998
Douglas V. Owens, 50 F3d 1226, 1232. n.13 3d Cir 1995.

Ground Two
Sgt King failure to stop other official Excessive force
A Violation of the Eighth Amendment
Supporting fact(s)
Sgt King watch Excessive force take place. Sgt King have a duty to intervene and stop the Excessive force
For Continuing
on 9/21/05 Sgt King over the shift, she is in Violation Supervisory liability
SEE. Robins V. Meacham 60. F3d 1436, 1442 9th Cir 2001
Sgt King is in Violation of the plaintiff. Eighth Amendment Right(s).

(1)

On 9-21-05 Sgt Logan and Sgt King asked officer John Gordon to leve the shift office. He did see the Excessive force that went on in the shift office that he will put on a Affidavit.

On 9-21-05, inmate, Dan Burwell #237164 witness the violation his Affidavit also will show the Violation went on

On 9-21-05 also inmate Micheal Canady will witness that the plaintiff put his hand behane his back and Sgt Logan stated he was going to teach him a lesson and beat his ass when he get to the office.

Continuation of, Relief Sought on page-4 of 1983 form. and plaintiff, be giving back his good time, that was taking to cover up Sgt Logan action, and Sgt Logan and Sgt King Rank be removed, and. Issue and injunctive order directing the, Defendant(s) send this case to the Elmore County. D.A. office, and have the plaintiff, Intervewed by the I&I. Division, and the plaintiff. (2) two witness be intervewed by I&I also.

2.