RECEIVED

2005 OCT 26 A 9:06

# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

Adam Bethune
Plaintiff(s)

CA: 2:05CV1028-T

vs.

Timothy Logan / Brenda King / John Gordon
Defendant(s)

I, Adam Bethune, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?   YES ( )   NO (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   Dec. 2000   App $300 weekly

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?   YES ( )   NO (✓)
   B. Rent payments, interest or dividends?   YES ( )   NO (✓)
   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✓)
   D. Gifts or inheritances?   YES ( )   NO (✓)
   E. Any other sources?   YES ( )   NO (✓)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO ( )

   If the answer is YES, state the total value of the items owned.

   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (✓)

   If the answer is YES, describe the property and state its approximate value.

   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support.   N/A
   _____
   _____
   _____

   _____Adam Bethune 183099_____
   Signature of Affiant

STATE OF ALABAMA       )
COUNTY OF Elmore       )

   Before me, a notary public in and for said County, in said State, personally appeared Adam Bethune_____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

   _____Ada Beth_____
   Signature of Affiant

Sworn to and subscribed before me this 24th day of OCTOBER, 19 2005

My Commission Expires: 03-11-06

   _____John K Boulon_____
   Notary Public

   Elmore_____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
(date)

_____
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ 0.00 on the 1st day of May
2. $ 0.00 on the 1st day of June
3. $ 0.00 on the 1st day of July
4. $ 3.00 on the 1st day of Aug
5. $ 17.15 on the 1st day of Sept
6. $ 0 on the 1st day of Oct.

_____
F.S. Brown - Acct. Clerk
Authorized Officer of Institution

DATE 10-24-05

```
OCT. 24, 2005             USER: FRED BROWN                              INMADB
                    COMPUTE AVERAGE DAILY BALANCE

AIS #: 183099      NAME: BETHUNE, ADAM                  AS OF: 10/24/2005

                        # OF       AVG DAILY           MONTHLY
               MONTH    DAYS        BALANCE            DEPOSITS
      ------------------------------------------------------------------
                OCT       7          $0.00              $0.00
                NOV      30          $0.00              $0.00
                DEC      31          $0.00              $0.00
                JAN      31          $0.00              $0.00
                FEB      28          $0.00              $0.00
                MAR      31          $0.00              $0.00
                APR      30          $0.00              $0.00
                MAY      31          $0.00              $0.00
                JUN      30          $0.00              $0.00
                JUL      31          $0.00              $0.00
                AUG      31          $3.31             $17.15
                SEP      30         $17.15              $0.00
                OCT      24         $17.15              $0.00
```