**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Brenda King
Draper Corr. Fac.
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C Bell_   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
C Bell   11/23/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:05 cv 1028 - T
Proc order
CMP

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 4584 6361

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Borden
Draper Corr. Fac.
P.O. Box 1107
Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _C Bell_   ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
C Bell   11/23/05

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

2:05 cv 1028 T
PO + CMP

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 4584 6378

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540