**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Timothy Logan
   Draper Corr. Fac.
   P.O. Box 1107
   Elmore, AL 36025

2. Article Number
   (Transfer from service label)

   7003 2260 0005 4584 6354

PS Form 3811, February    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  C Bee
   ☑ Agent
   ☐ Addressee

B. Received by ( Printed Name)
   C B?!

C. Date of Delivery
   11/23/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1028
   prev order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes