IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM BETHUNE, #183099 | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CASE NO.: 2:05-CV-1028-T |
| SGT. TIMOTHY LOGAN, et al. | ) ) ) |
| Defendants. | ) |

## MOTION FOR ENLARGEMENT OF TIME
## TO FILE SPECIAL REPORT

COME NOW the Defendants, **Timothy Logan, Brenda King and John Gordon**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and move, pursuant to Federal Rules of Civil Procedure, (FRCVP) 6(b)(1), for an enlargement of time to comply with this Honorable Court's November 17, 2005, ORDER establishing a deadline for defendants to comply. Due to the length and complexity of plaintiff's complaint and the amount of legal issues presented, the undersigned has encountered some difficulty and delay in securing the affidavits and other discovery materials ordered by this Court. Accordingly, the undersigned respectfully requests an additional 40 days to gather the necessary information and file the Special Report.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
General Civil Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7340
(334) 242-2433

## CERTIFICATE OF SERVICE

I hereby certify that this 21st day of December, 2005, served a copy of the foregoing on the plaintiff, by placing same in the United States Mail, postage prepaid, and addressed as follows:

Adam Bethune, #183099
Draper Correctional Facility
PO Box 1107
Elmore, AL 36025

/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL