IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| ADAM BETHUNE, #183 099 | * |
| Plaintiff, | * |
| v. | * CIVIL ACTION NO. 2:05-CV-1028-T |
| SGT. TIMOTHY LOGAN, *et al.*, | * |
| Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, filed on 21 December (Doc. # 7), and for good cause, it is

ORDERED that the motion is GRANTED in part and DENIED in part. The court has reviewed the plaintiff's complaint, and FINDS that it is neither lengthy nor complex, as alleged by the defendants. Rather, the plaintiff alleges a single occurrence of excessive force and precisely places the alleged wrongdoing on 21 September 2005 at 6:40 p.m., thereby providing the defendants with optimal notice of his claim. Accordingly, the court declines to double the time permitted to file the special report. Therefore, it is further

ORDERED that the defendants are GRANTED an extension from 27 December 2005 to 20 January 2006 to file their answer and written report.

Done this 4th day of January, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE