IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM BETHUNE, 183099 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV NO. 2:05-CV-1028-T |
| ) | |
| SGT. TIMOTHY LOGAN, et al. ) | |
| ) | |
| Defendants. ) | |

## ANSWER

Come now, the defendants, **Timothy Logan, Brenda King**, and **John Gordon**, by and through the Attorney General for the State of Alabama, Honorable Troy King, and hereby file this Answer in the above-styled case stating as follows:

1. Defendants deny all allegations not expressly admitted herein.

2. Defendants assert that the plaintiff has failed to state a claim upon which relief can be granted.

3. Defendants assert that the plaintiff's claims are frivolous.

4. Defendants deny that any of the plaintiff's Constitutional rights have been violated.

5. Defendants plead the affirmative defenses of qualified and absolute immunity.

6. Defendants assert that the plaintiff has failed to show there is any genuine issue of the material facts of this case, and the defendants are entitled to judgment as a matter of law.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL


**ADDRESS OF COUNSEL**

Office of the Attorney General
General Civil Litigation
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7340
(334) 242-2433 fax


**CERTIFICATE OF SERVICE**

I hereby certify that this 12th day of January, 2006 served a copy of the foregoing on the plaintiff by placing same in the United States mail, postage prepaid and addressed as follows:

Mr. Adam Bethune
AIS 183099
Draper Correctional Facility
P.O. Box 1107
Elmore, AL  36025


/s/ MATTHEW Y. BEAM
MATTHEW Y. BEAM (BEA065)
ASSISTANT ATTORNEY GENERAL