IN THE MIDDLE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

EXHIBIT
C

| | |
|---|---|
| ADAM BETHUNE, #183099 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05-CV-1028-T |
| ) | |
| SGT. TIMOTHY LOGAN, et al., ) | |
| ) | |
| Defendants ) | |

A F F I D A V I T

Before me, a Notary Public in and for said County and State of Alabama at large, personally appeared Ms. Brenda King, who being known to me and being by me first duly sworn, deposes and says on oath as follows.

My name is Brenda King. I am currently employed as a Correctional Officer II with the Alabama Department of Corrections at Draper Correctional Center, Elmore, Alabama 36025. I am over twenty-one years of age.

On 9/21/05, I, Sergeant Brenda King, was present in the back office of the Shift Commander's Office completing daily shift paperwork. I observed Sgt. Timothy Logan escort Inmate Adam Bethune, W/183099, into the Shift Commander's Office. I heard Sgt. Logan give Inmate Bethune several repetitive directives to be quiet and to move to #5 Cell Upstairs, the Behavior Modification Dormitory. Inmate Bethune stated to Sgt. Logan in a loud and belligerent tone of voice, "I'm going to have the Commissioner do something about this crazy shit. I'm not going to move to #5 Cell Upstairs." Sgt. Logan then escorted Inmate Bethune to the back office where I

was present. Sgt. Logan continued to verbally reprimand Inmate Bethune on his remissive behavior and again instructed Inmate Bethune to report to his Cell, pack his personal belongings and move to #5 Cell Upstairs. Inmate Bethune then stated in a belligerent tone of voice, "I'm not going to #5 Cell Up, you might as well do what the hell you gonna do." Sgt. Logan then instructed Officer John Gordon, Shift Clerk, to place Inmate Bethune in the Segregation Unit pending disciplinary \action for rule violations #57 – Insubordination and #56 – Failure to Obey a Direct Order of a DOC Official.

At no time did I observe Sgt. Logan grab Inmate Bethune by the throat area, slam Inmate Bethune against the filing cabinet, or choke Inmate Bethune. At no time did I verbally threaten to inflict any bodily harm against Inmate Bethune or observe any force being administered against Inmate Bethune. It is in the opinion of the witness that Inmate Bethune is a pathological liar and has the propensity not to adhere to Departmental Rules/Regulations.

_____
BRENDA KING, CO II

SWORN TO AND SUBSCRIBED BEFORE ME THIS 30th DAY OF November, 2005.

_____
NOTARY PUBLIC

My Commission expires 8-1-07