# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600


NOTICE OF REASSIGNMENT


To:   All Counsel of Record



Re: Bethune   vs.  Logan,  et al
Civil Action No.  2:05-cv-1028-MHT

The above-styled case has been  reassigned to  Judge W. Keith Watkins.

Please note that the case number is now 2:05-cv-1028-WKW.   This new case number should be
used on all future correspondence and pleadings in this action.