RE    CEIVED

(Plaintiff)
Adam Bethune

2006 JAN 27  A 10: 40

v/s

DEBRA
U.S.D
MIDDL!

Case No: 2:05-cv-1028-~~WKA~~  WKA

Timothy Logan
Brenda King  (Defendants)
John Gordon

## Motion For Appointed Counsel

Comes now Plaintiff, Adam Bethune, Proceeding
Pro-se in the above styled Cause, and moves this
Honorable Court to appoint Plaintiff repersentation to
pursue a civil Action where Plaintifits rights have
been violated to a degree where Defendants should
be held accountable, and as grounds therefore Plaintiff
states:

(1) Plaintiff Filed a 1983 Civil action.

(2) Plaintiff has only an 11th grade education and has very
little knowledge of filing proper responses to Defendants Lawyer's
furnished by the state.

(3) Plaintiff has been incarcinated since Febuary 12th, 2001
and has very little support and no way of paying for repersentation
and gives Plaintiff a slim chance of proving his case.

(4) The State of Alabama has furnished Defendants Lawyer's in
which who are all law graduates to defend them.

(5) Plaintiff feels with representation that he could clearly
show the courts where his rights where violated

Wherefore, these primises considered, Plaintiff prays
For this Honorable Court to grant said motion For

Appointment of Counsel. Defendant promises this Honorable court to refund the amount it cost the state for representation.


Executed on this 24th day of January 2006

Adam Bethune (Plaintiff
2058 Co Rd 108
Rainsville, AL 35986


Certificate of Service

I hearby certify that I have served a cope of the forgoing upon:

Attorney Generals office


CC-Personel File