IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ADAM BETHUNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.2:05-CV-1028-WKW |
| ) | |
| TIMOTHY LOGAN, *et al.,* ) | |
| *Sgt., in his individual capacity* ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On February 21, 2006, the Magistrate Judge filed a Recommendation (Doc. #15) in this case. The plaintiff did not file an objection.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge (Doc. #15) is ADOPTED.

2. The Plaintiff's action is DISMISSED without prejudice.

DONE this the 6th day of April, 2006.

                                                 /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE